

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | PO-14-5167-M-JCL |
| | CVB Violation No: |
| Plaintiff, | F4231277, F4231278 |
| vs. | |
| | ORDER DISMISSING |
| ROBERT C. MARLER, | |
| Defendant. | |

The government has moved to dismiss the above referenced violation notice with prejudice. Accordingly,

**IT IS ORDERED** that violation notices F4231277, F4231278 is **DISMISSED** and warrants shall be **QUASHED**.

The Clerk of Court is directed to forward a copy of this order to the U.S. Attorney's Office, the Defendant at 1250 34th St. Apt. K201, Missoula, MT 59801, and to the Central Violations Bureau at P.O. Box 780549, San Antonio, Texas 78278-0549. CVB is directed to enter **NC** as the disposition code in this matter.

DONE and DATED this 26th day of July, 2017.

Jeremiah C Lynch
United States Magistrate Judge

c: USA
Def
CVB

ORDER - PAGE 1